# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| STEVEN BUSH,<br>Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-at-00701 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

_X_ GRANTED.

     _X_ The clerk is directed to file the complaint.

     _X_ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this __31st__ day of __August__, __2009__ .


                                                       /s/ Sandra M. Snyder
                                                       Signature of Judicial Officer

                                                      SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                                      Name and Title of Judicial Officer