# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BUSH, | CASE NO. 1:09-cv-1551 SKO |
| Plaintiff, | ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | OPENING BRIEF DEADLINE: MAY 30, 2010 |
| Defendant. / | |

On August 31, 2009, Plaintiff filed a complaint under 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking review of a final decision of the Commissioner of Social Security ("Defendant" or the "Commissioner") denying Plaintiff's application for Supplemental Security Income. (Doc. 2.) On September 2, 2009, the Court issued a scheduling order directing (1) Plaintiff to serve upon Defendant a letter brief within thirty (30) days after service of the administrative record; (2) Defendant to serve a response to Plaintiff's letter brief within thirty-five (35) days thereafter; (3) the parties to file any stipulation of remand within fifteen (15) days after Defendant's response; and (4) Plaintiff to file and serve an opening brief within thirty (30) days of Defendant's response if Defendant did not agree to a remand to the Commissioner. (Doc. 6 ¶¶ 3-6.)

1  The Commissioner filed and served the administrative record on January 26, 2010.  (Doc.
2  13.)  The parties did not file a stipulation of remand.  Plaintiff's opening brief was, therefore, due
3  no later than May 13, 2010. On May 11, 2010, the parties filed a stipulation agreeing that Plaintiff
4  be given an extension of time until May 30, 2010, to file his opening brief.

5  Accordingly, IT IS HEREBY ORDERED that Plaintiff's opening brief shall be filed on or
6  before May 30, 2010.

8  IT IS SO ORDERED.

9  **Dated:   May 12, 2010**                              /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE