# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BUSH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant.　　　　　／ | CASE NO.   1:09-cv-1551<br><br>**ORDER GRANTING *NUNC PRO TUNC* REQUEST FOR EXTENDED BRIEFING SCHEDULE**<br><br>Docket No. 18<br><br>**Opening Brief Due:   June 8, 2010**<br><br>**Response Brief Due:  July 8, 2010**<br><br>**Reply Brief Due:    July 23, 2010** |

On June 3, 2010, the parties filed a stipulation and request to extend the briefing schedule in this matter due to the extended illness of Plaintiff's counsel. The parties agreed that: (1) Plaintiff shall file his opening brief on or before June 8, 2010, (2) Defendant shall file his responsive brief on or before July 8, 2010, and (3) Plaintiff may file a reply brief on or before July 23, 2010. The parties' stipulated request is GRANTED *nunc pro tunc*.

IT IS SO ORDERED.

**Dated:   June 8, 2010**　　　　　　　　　／s／ **Sheila K. Oberto**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE